May 01, 2009

Mr. Ryan G. Anderson
McClenahan, Anderson & Stryker, P.L.L.C.
2135 E. Hildebrand
San Antonio, TX 78209
Mr. Gary A. Beahm
Law Offices of Gary A. Beahm
3003 N.W. Loop 410
San Antonio, TX 78230

RE: Case Number: 07-1065
 Court of Appeals Number: 04-06-00705-CV
 Trial Court Number: 1975-CI-09510

Style: RAOUL HAGEN
 v.
 DORIS J. HAGEN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |